**E-filed 3/15/07**

1  GREGORY S. WALSTON, State Bar No. 196776
   THE WALSTON LEGAL GROUP
2  222 Columbus Avenue, Suite 320
   San Francisco, California 94133
3  Telephone: (415) 956-9200
   Facsimile: (415) 956-9205
4  Email: gwalston@walstonlaw.com

5  ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TMC TECHNOLOGY, INC. and ICARUS DESIGN SERVICES, INC., | Case No. C-06-7216 JF |
|---|---|
| Plaintiffs, | **PLAINTIFFS' VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(A); [PROPOSED] ORDER** |
| v. | |
| ARIO DATA NETWORKS, INC., DOES ONE through TWENTY, | |
| Defendants. | |

Plaintiffs TMC TECHNOLOGY, INC. and ICARUS DESIGN SERVICES, INC. voluntarily dismiss this action under Federal Rule of Civil Procedure 41(a)

Dated: March 13, 2007                Respectfully Submitted,

THE WALSTON LEGAL GROUP

_____
By: Gregory S. Walston

ATTORNEYS FOR PLAINTIFF

- 1 -

1 **ORDER**

2 This action is dismissed under Federal Rule of Civil Procedure 41(a).

3

4 Dated: 3/15/07 _____

UNITED STATES DISTRICT JUDGE

5 JEREMY FOGEL